UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :     [PROPOSED] /*PAC*/
                                   :     **PROTECTIVE ORDER**
MYKHAYLO KORETSKYY,                :
                                   :     S9 12 Cr. 439 (PAC)
              Defendant.           :
- - - - - - - - - - - - - - - - x

HONORABLE PAUL A. CROTTY, District Judge:

   WHEREAS the Government intends to produce to the defendant in the above-captioned matter certain discovery materials that may contain personal identifying information for individuals other than the defendant, including names, photographs, and telephone numbers; and

   WHEREAS pursuant to Rule 16(d)(1) and Title 18, United States Code, Section 3771, the Government desires to protect the confidentiality of the above-referenced materials, and for good cause shown;

   IT IS HEREBY ORDERED:

   1.   Discovery materials produced by the Government to the defendant or his counsel that are either (1) designated in whole or in part as "Confidential" by the Government in emails or communications to defense counsel, or (2) that include a

5. This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

Dated: New York, New York
June ___, 2018

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY

By: _____
Shawn G. Crowley/Stephanie Lake
Assistant United States Attorneys

_____
Jeffrey Lichtman, Esq.
Counsel for Mykhaylo Koretskyy

SO ORDERED:
6/10/2019

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE