# THE LAW OFFICE OF JEFF CHABROWE

261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910

February 16, 2021
via ECF

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** **U.S. v. Guzman-Loera et al.; 12-cr-439 (PAC)**

Your Honor,

We represent defendant Mykhaylo Koretskyy in the above matter. Mr. Koretskyy is scheduled to appear for sentencing before the Court on March 10, 2021. We respectfully request that Mr. Koretskyy's sentencing be adjourned until March 22, 2021 or thereafter.

Mr. Koretskyy's family members are still sending in necessary letters of support. Furthermore, preparation for sentencing has taken longer than anticipated because of the difficulty of speaking with our client, who is currently incarcerated at MCC. We respectfully request that we be given additional time to adequately prepare our client for sentencing. The government consents to this request.

Thank you for your time and consideration.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Mykhaylo Koretskyy*
cell 917-529-3921
email jeff@chabrowe.com