# THE LAW OFFICE OF JEFF CHABROWE

*261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910*

April 19, 2021
via ECF

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re: U.S. v. Guzman-Loera et al.; 12-cr-439 (PAC)**

Your Honor,

      We represent defendant Mykhaylo Koretskyy in the above matter. Mr. Koretskyy is scheduled to appear for sentencing before the Court on March 31, 2021. We respectfully request that Mr. Koretskyy's sentencing be adjourned until May 6, 2021 at 3:30 p.m.

      We have been exchanging emails with the government and making progress on a joint proposal of changes to Pretrial Services, but respectfully request additional time to finalize. Pursuant to emails exchanged with Court clerk David Gonzalez, we respectfully request Mr. Koretskyy's sentencing hearing be adjourned until May 6, 2021 at 3:30 p.m. The government consents to this request.

      Thank you for your time and consideration.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Mykhaylo Koretskyy*
cell 917-529-3921
email jeff@chabrowe.com