# DEFENDANT'S EXHIBIT A

Dear Judge Crotty,

My name is Julia Lazareva, I am the wife of Defendant.

    Misha and I married for 19 years now. For Both of us it is first and last marriage. We got married in two weeks after we have met, as the feelings that this is the most righteous person for you, and you can feel this from the first minutes of talk.

    In a year, we had our son; who grow up now into a smart, purposeful, athletic young man, who had become the one with a Right Father in his life. The Father and the Man who was showing on a daily-life basis a respect and value to his wife and a whole our family.

    Misha is the most supportive, caring and thoughtful person I have ever met. It is the man for who responsibilities towards his family comes in the first priority matter. He was always hard working man; he always took extra work, night shifts, it was a time when he worked at night for newspaper deliveries, on top of his main day job. He did his best he could, to let me study at college and go through pregnancy. He is the man, the husband that always wishes the best for his family. For any woman and as of myself it was the most important factor.

    Misha is the most generous, honest, and the most kind-hearted man that a lot of people ever had a chance to known. He is the one who is coming to your life, and you feel that you are surrounded by the "fortress" and the walls of it, are: the care, support, sincere, advise, and warmth in everything, that concerning his family and friends. He is a rare man, with rare qualities for family-oriented life. I am the luckiest woman to have him as a husband and a father for our son.

    It is devastating that he was taken away on the eyes of our teenaged son during our long awaited and random vacation time. It is three years now, since our boy lost his Dad, his "paternal word", and "paternal presence" in his life.

    In a worst dream, I could not imaging, that our son should become a man without a presence of alive, but taken away, in a such a harsh way, Father.

    Our son and I were fighting with a stress for many months, after shocking detention, search and humiliation of us for hours in airport of foreign country.

    Since then, today it come up to a three years already, I am with my son trying to survive and hope and rely on God, Your Honor, and people, who can soberly evaluate and weigh the pro and cons in this situation of our life. Are there such a heavy and really confirmed accusations that our Family has to lose Husband, Father and Friend like Misha, for such a long years.

    Please, Support our Family, as there are not many in the world, that could be an example of strong, healthy and devoted relationship.

Sincerely,

Julia Lazareva                   Oct28,2020

(Tel:647-409-0145, lazarevajulia@yahoo.com)