**DEFENDANT'S EXHIBIT B**

Armand Koretskyy

Dear Judge Crotty

    My Dad is an honest man who is always there for his family, throughout my life he has always been working overtime in order to provide for my family and make sure I have the best education and life. From all the people that know him I've only heard how much he has helped them whether it was with their career, jobs, or advice. He is always there for people that need him and is a role model for many especially me. It is hard to fathom that he has been gone for nearly 4 years now. 4 years with not knowing what will happen next has been an extreme stress for me and my family. After the incident me and my mom had to visit the psychologist as the stress was getting to us. I love my dad very much and he left at the most crucial time for me as I'm going into adulthood. Please. Your Honour, I hope and believe that you will support my family, and make an honest, sensible choice.

Yours Truly, AK

416-817-5061      AK      November 13, 2020