**DEFENDANT'S EXHIBIT C**

Honorable Judge Crotty:

I, Mykhaylo Stehniy, the father [*sic*], cannot believe where my son Mykhaylo is. He was a good child, who from an early age, respected his elders and never offended anyone. I am 77 years old. We need his help now. He used to come, call, and help us with everything before. I have level II disability; I had 2 heart surgeries, stenting and had a pacemaker put in. My son Mykhaylo came to Ukraine and was with me for the whole month and paid for all the treatment. Judge, I really want to see my son Mykhaylo, because I have a bad heart [*sic*].

Wishing you health, Judge. Have mercy on my son Mykhaylo. Thank you very much in advance.

Ukraine Lviv Region
City of Mykolayiv
14 O. Olesya St.
Stryi Raion
Stehniy, Mykhaylo Stepanovych
98 067 98 62 561
10/04/2020

Високо поважний пане суддя Кротій
Я Батько Михайла Стечній, не можу повірити де перебуває мій син Михайло, він був хорошою дитиною, ще з малих років, поважав старших ніколи нікого не обіжав. Мені 77 років зараз нам потрібна його поміч, як і раніше приїжав. Звонив всьому допомогав. Я інвалід II групи в мене було дві операції на серці, стентування і кардіостимулятор поставили. Син Михайло приїжав в Україну і був біля мене цілий місяць і все лікування оплатив. Пане Суддя дуже хочу побачити свого сина Михайла, бо у мене хворе серце.
Здоровля Вам бажаю пане Суддя.
Помилуйте мою сина Михайла.
Наперет Вам дуже вдячний.

Україна Львівська обл.
місто Миколаїв
вул. О. Олеся - 14.
Стрийський район
Стечній Михайло Степанович
38 067 38 62 561
04. 10. 2020 року.

Honorable Judge Crotty:

I, Rozaliya Stehniy, Mykhaylo Koretskyy's mother, cannot believe what had happened to my son and where he is now. Mykhaylo is a nice person and a very good son. We have no one but him. At the age of 70 we are left without his support, financial and physical. We just don't know how to survive, since our son Mykhaylo was the one who constantly took care of our health, despite the fact that we live in Ukraine. Every day, our son used to call us with his advice and kind words. Our son Mykhaylo has many friends and classmates, who regardless of the long distance, still keep in touch with him because he comes to the aid of anyone right away.

Judge Crotty, I am a mother, and I beg you to have mercy on my son Mykhaylo.

Thank you.

Ukraine
Lviv Region
City of Mykolayiv
14 O. Olesya St.
Stryi Raion
Stehniy, Rozalia Mykhaylivna
380677984348
10/04/2020

Високо поважений пане суддя Кротті.

Я Розалія Стельній мама Михайла Корецького, не можу повірити в то, що сталося з моїм сином де він перебуває зараз. Михайло є хорошей і дуже добрий у нас син. Крім нього у нас немає нікого. В 70 років остались без його підтержки, матеріально і фізично, просто не знаємо, як далі виживати. Так, як син Михайло весь час піклувався про наше здоровля не зволяючи, що ми живемо в Україні. Ми кожен день мали звінок від сина порадою і добрим словом. У сина Михайла багато друзів і однокласників котрі, до цього часу підтримують зв'язок із ними, не дивлячись на відстань далеку, тому що він приходить на допомогу відразу будь кому.

Пане суддя Кротті, я мама благаю Вас помилуйте мого сина Михайла.

Дякую Вам.

Україна
Львівська область
м. Миколаїв
вул. О. Олеся - 14
Стрийський район
Стельній Розалія Михайлівна
380677984348
04.10.2020р.