**DEFENDANT'S EXHIBIT D**

Honorable Judge Crotty:

I, Anna Koretska, the grandmother [*sic*], cannot believe where my grandson Mykhaylo is. I am 93 years old. There is no one to help me around the house, stock up firewood for the winter, and do house repairs. My grandson Mykhaylo always helped, he gave me money for expensive medicines and food. He used to come every year and called every day, asking me about my health and what I needed. He is the only grandson of all my grandchildren for whom my health was important. And now he was taken away from me. I don't have long to live, and I would like so much to see his kind and smiling eyes, hug and kiss him as before, just one last time.

I pray and beg you, Judge.

Ukraine
Lviv Region
The Village of Stilsko
Stryi Raion
Koretska, Anna Ivanivna
38096 2434 364
10/04/2020

Високо поважний пане суддя Кротті.

Я бабуся Анна Корецька, повірити не можу де перебуває мій онук Михайло. Мені 93 роки не має кому допомогати по господарству, дров заготовити на зиму, хату відремотувати, мій онук Михайло завжди допомагав грошей давав на лікарства дорогі, на продукти. Постоянно приїзджав кожний рік, звонив кожний день питав як здоровлячко, що потрібно. Єдиний онук із моїх онуків кому було важливе моє здоровля. А тепер і його відібрали у мене. Жити мені осталось недовго, а так хотілось би на останок побачити його очі добрі, і усміхнені, обняти і поцілувати як раніше.

Молюсь і благаю Вас пане Судде.

Україна
Львівська область.
село Стільсько
Стрийський район
Корецька Анна Івенівна
38096 2434364
04. 10. 2020. року.