**DEFENDANT'S EXHIBIT E**

From: Victoriya Andreyevna Svergunova, born on 03.12.1981

Residing at: 8 Ulitsa Novgorodskaya, apt. 33

Kharkiv, Ukraine


Honorable Judge Crotty,

I, the undersigned, am the sister of the spouse of Mr. Mikhail Mikhailovich Koretsky, a citizen of Canada, born on 03.12.1974. My sister's name is Yulia Vladimirovna Lazareva.

I have known Mikhail for 18 years, i.e. since he met my sister.

Throughout the whole time that they have been living together, Mikhail has proved to be a caring husband and father - as well as a good son to his parents, Rosalia and Mikhail.

 Having his parents, Rosalia Koretskaya, 68 years old, and Mikhail Koretsky, 77 years old, as his dependents, he also provides for his grandmother, Anna, who is 93. His whole life as an adult, Mikhail has been taking care of the parents, providing them with medication and everyday help as they have no one else to turn to for assistance.

In addition to his  parents, Mikhail provides for his underage son, AK⬛⬛⬛⬛⬛, born in 2003. Mikhail actively and directly participates in his son's upbringing, and his absence could negatively impact his adolescent son's life and future path. Mikhail is also a loving husband to his spouse, on whom she relies heavily for support and care.

He is indeed the head of their household. With him out of the picture, it is hard to fathom how much is going to be missing from their lives.

Your Honor, I would also like to point out that Mikhail does not take care of just his family members but he is also a go-to person for his friends and contacts, always ready to come to someone's help and provide assistance at any time.

Such people as Mikhail are hard to find, unfortunately, and he deserves tremendous respect.

Mikhail Koretsky leads a healthy lifestyle, and he has never been part of any fickle crowd.


October 9, 2020

+38 0505831016