**DEFENDANT'S EXHIBIT F**

Honorable Judge Crotty,

We are the parents of Yulia Lazareva who is the wife of Mikhail Koretsky, our son-in-law. We have never had any complaints or grievances with respect to our son-in-law throughout the whole time that he has been living with our daughter. He has always been caring, ready to help, responsible in everything that concerned his family. He has been treating us with a lot of attention, would never turn us down with any conversation, ever so polite, free of bad habits.

He never had any administrative liabilities while living in Canada, always paid his taxes on time, never incurred any debt with the government.

Mikhail lives with his wife and his son, AK, who was born in 2003. Their family has lead a quiet and peaceful life, without scandals or arguments.

He has always been working a lot and doing his best to keep his family comfortably off. He has always been respectful towards the parents, providing assistance.

Our family is very close, tightly knit.

Mikhail has been responsibly bringing up his son, actively participated in community activities and family affairs.

Your Honor, we put all our hope only in you. Please have a heart, help us avoid a severe punishment.

Respectfully,

N. Lazareva

V. Lazarev

Our phone is: 647-290-6593

October 24, 2020