**DEFENDANT'S EXHIBIT G**

Honorable Judge Crotty,

My name is Ludmila Sergunova, I am 89 years old and I am the grandmother of Mikhail's wife. Being that I am of fragile health, I have long been protected from the sad news in the family. However, I was trying daily to find out where my beloved so-in-law Misha was – I embraced him with all my loving heart of a mother from day one.

At one time, we all used to live together, and I came to know him as a wonderful family guy that would be caring not just for his loved ones but also for all his relatives and acquaintances. He would never turn a deaf ear to a request for help. I, on my part, would always approach him with whatever request I might have, and I can't recall a single instance where he would turn me down with his attention, advice or help. He has been the pillar of support not just for me but for the whole family!

I go sleepless at night and busy all day thinking about what could have gone wrong. He does not smoke or drink, spends all his spare time with his son and family. How is it possible to get into a predicament like this one?

I am pleading with you to be just and fair. I beg you to please return the father to his son and the husband to his wife. As to me, I am so longing to say good-bye to Misha before I pass away. My grandson grows by himself at such a critical age. Seventeen is not an easy age.

One thing I am sure of: if not for Misha and my granddaughter, I would have been long gone.

We are all praying for you to be able to afford lenience when you do the sentencing.


Respectfully,


Ludmila Svergunova /October 16, 2020

ludmilasvergunova@gmail.com

647-388-6593