**DEFENDANT'S EXHIBIT H**

Dear Judge Crotty:

I am Rovykovych Petro, born in 1975. I live in Ukraine, in the City of Mykolayiv, Lviv Region. I am a private entrepreneur. I am raising an 8-year-old daughter. I would like to let you know in advance that I am morally responsible for every word written in this letter. I was inspired to write this letter to you by the fact that I am a friend of Mykhaylo Koretskyy and I care a lot about my friend's fate. To begin with, our friendship started in the 1st grade, since we studied together in the same class. As I write this letter, I happily immerse myself in our childhood memories. Like most children of our age, we were fond of sports, especially of soccer. So, he was the captain of our school team. Already at the end of school, our classroom teacher literally did not want to let Mykhaylo and me out of school; she wanted us to continue studying in 10th-11th grades because such people as Mykhaylo, reiterated our classroom teacher, hold the class together. But after school, that is after 9th grade, he and I together got enrolled in the Novorozdil Polytechnic School. This is how our young years, the years of our youth flew, until Mykhaylo immigrated to Canada.

You know what they say, when people leave, friendships are lost because everything new comes along: work, new acquaintances, and family. And in our case as it turned out, everything was vice versa, our friendship only grew stronger. He a real Friend, a real human being with whom we stayed in touch all the time. In the beginning, when we did not have cell phones, we exchanged long letters, which I still have in my possession. His tolerance and his civility, without exaggeration, were revealed even in the fact that in every letter, I emphasize, in every one, he always asked about my elderly grandmother, my mother, and my brother and sent greetings to them. And this was every time, it was not me who was asking, but it was Mykhaylo who kept asking me if there was anything I needed or if I needed any help. I am a little uncomfortable writing about this right now, but my Friend had always helped my family financially. You know, when he used to come to Ukraine, I always went with his parents to pick him up. He was already flying in with his family. That's how I met his wife Julia and his son AK You know, I don't have enough words to describe their relationship. I will write in short: for me, this is a model family. I am looking up to them, to their relationship. It is just exemplary for me, without exaggeration. He is such a responsible and polite person. You know, they say about the people like him that he is the rock to cling to. Mykhaylo has the same relationship with his parents. I see them very often. They are really grief-stricken because of this situation, but when I talk to them, they constantly say that they are proud of such a Son. No one cared for us as much as he did, although we have two sons.

And finally, Your Honor, let me say this. Probably everyone has friends like friends at work, friends in sports, friends with the same interests. But as work or circumstances change, they disappear and other ones show up. And there are friends for life, without whom it is just like you are lacking air. They are needed, I emphasize, like air to breathe. For me, he is not just a Friend, but a Brother who is needed in life as a breath of air.

Your Honor, Judge, I really beg you, be merciful to my Friend and Brother Mykhaylo.

10/06/2020

*Signed*

Sincerely,
Petro Rovykovych
Ukraine, the City of Mykolaiv
+38097.336.54.66

Шановний суддя Кротті.

Я, Говикович Петро, 1975 року народження, проживаю на Україні, в м. Миколаєві Львівської області. Приватний підприємець. Виховую 8 річну дочку. Напередодні хочу повідомити, що за кожне слово написане в цьому листі, я несу моральну відповідальність. На написання цього листа до Вас, спонукало те, що я являюсь другом Михайла Корецького, і мені далеко небайдужа доля мого товариша. Почну з того, що наша дружба почалась ще з 1 класу, так як ми разом навчались в одному класі. При написанні цього листа, я з радістю поринаю в спогади нашого дитинства. Ми, як більшість дітей нашого віку захоплювались спортом, а особливо футболом. Так ось він в нас і був капітаном нашої шкільної команди. Вже при закінченні школи, наша класна керівничка, в прямому розумінні, нехотіла нас з Михайлом відпускати зі школи, а щоб продовжили вчитись в 10-11 класі. Бо на таких, як Михайло, повторювала класна керівничка, і тримається клас. Але ми разом з ним після школи, тобто після 9 класу, вступили в Новороздільський політехнікум.

-1-

Так пролетіли наші молоді-юнацькі роки, до тих пір, коли Михайло емігрував в Канаду.

Знаєте, як багато людей говорять, що коли люди роз'їхалються, то втрачається дружба. Тому, що з'являється все нове: робота, нові знайомі, сім'я. А в нас як виявилось все навпаки, дружба тільки укріпилась. Це справжній Друг, це справжня людина, з якою ми постійно підтримували зв'язок. На початку, коли в нас не було мобільних телефонів, ми переписувались довжини листами, які в мене зберіглись до сих пір. Його толерантність, його вихованність без перебільшення, навіть в тому, що в кожному листі, в кожному наголошую, він завжди цікавився і передавав вітання моїй старенькій бабусі, моїй мамі, моєму брату. І це кожен раз, це не я просив, а Михайло постійно запитував, чи є в чомусь потреба, чи потрібна допомога. І мені зараз трохи незручно писати це, але мій Друг, завжди матеріально допомагав моїй сім'ї.

Ви знаєте, коли він прилітав в Україну, я постійного з його бажани їхав зустрічати його. Він вже прилітав зі своєю сім'єю. Так я познайомився

- 2 -

З його дружиною Юлею, і сином Армандом. Знаєте, мені бракує слів, щоб описати їхні відносини. Я просто напишу коротко: для мене - це взірець "сім'ї". Я хотів би рівнятись на них, на їхні відносини. Це просто без перебільшення - для мене взірець. Це настільки відповідальна людина, ввічлива. Знаєте про таких говорять, як за камінною стіною. Такі ж самі відносини в Михайла із батьками. Я дуже часто їх бачу. Вони дуже розбиті цим горем, цією ситуацією. Але коли ми з ними розмовляємо, вони постійно говорять, що гордяться таким сином. Ніхто так не піклувався про нас як він. Хоча синів в нас двоє.

І наостанок Ваша Честь, щоби я хотів сказати. Напевно в кожної людини є друзі: друзі по роботі, друзі по спорті, друзі по інтересах. Але при зміні роботи, чи обставин вони зникають, появляються інші. А є друзі по житті, без яких, це так само як бракує повітря. Так само наголошую потрібний як повітря. Для мене це непросто Друг, а Брат, який потрібний в житті, як ковток повітря.

- 3 -

Ваша честь, пане суддя, дуже прошу Вас, будьте милосердні до мого друга і брата Михайла.

06.10.2020.

З повагою
Петро Іовшкович
Україна, м. Миколаїв.
+38097.336.54.66.