**DEFENDANT'S EXHIBIT I**

From:  Danil Kadnichansky (kadnik20@gmail.com)

Date: Saturday, October 10, 2020

Honorable Judge Crotty,

My name is Danil Kadnichansky, and I live in Kharkiv, Ukraine. I have known Mikhail for many years, having met him through his wife's sister, Julia, and staying on as close friends, being always in touch with him and his family despite living in different countries.

I know Mikhail as a highly educated and knowledge-seeking person, always a curious conversation partner. He is never numb to another person's predicament and ever so eager to help out his family members and friends. Also someone who comes across as a compassionate, tactful and responsive individual, a true friend and a dedicated family man that loves his wife, his son and his parents.

The news of what had happened to him put me in shock. I am convinced that Mikhail is a person of integrity, a law-abiding citizen, just an honest guy, and I believe in his nonparticipation in any unlawful actions or ideas.

Respectfully,

D. Kadnichansky

October 10, 2020

+38 0675741141

Kadnik20@gmail.com

Dear Judge Crotty,

My name is Diana Vaizberg and I've met Michael Koretsky in 2010 when our kids went to the same school.

I saw Michael very often, when he came to pick up his son AK bringing him lunch and taking him to sport activities later. I always knew how important Michael presents and overall his role in AK life

Michael was a great support in his son's sport life. Every day for many years he was driving Armand to figure skating training. And his son achieved a lot in school, in sport and overall life. AK is a good, goal-oriented boy, who admires his dad and can't wait to have him back into his life.

①

I think, Michael played a great role in Armand's life and that's why this 17 year old boy is so successful in school and sports. Michael was always there for his wife and son as well as for his friends. And I was very lucky to be one of his friends.

At that time I was going through difficult time in my life. My husband and I were separating and later divorced.

That brought me many years of frustration and stress and all this time I was supported by Michael and his family.

I've spent lots of time in their house and I've seen what a great person Mike is. He is amazing husband and father. He is hard working, smart, kind and always ready to help with anything he could.

②

I can't believe that this wonderful family have to go through this hell for the past three years...

I really hope, that this disaster will be over soon and Michael will be released and reunited with his family.

Sincerely,
Diana Vaizberg
6/10/2020
tel. 416-825-6714
d.vaizberg@rogers.com

(3)