**DEFENDANT'S EXHIBIT J**

Marina Bulat
315-14 Worsley street,
Barrie ON L4M6K6

October 8, 2020

To: The Honorable Judge Crotty,

I - Marina Bulat, past employee of Michael, I know him since October 2017, right after, we moved to Toronto from Montreal. New place, new stress, no job; Mike advised me to take a dispatch course and offered me a position in his company, after I graduated. I started working for Michael in November 2017. Nevertheless, you can't be well enough experienced right after just taken a course, Michael proposed a decent salary, as he knew I am new in town, and how bad I need to support my family and my small kid. He helped me and taught me in each and every work case. I was able to turn to him 24/7 asking million questions and was never refused to answer or be helped; I have never felt his irritation or impatience. I am very pleased to have worked with him. He was always respectful leader and willing to help, generous to us, his employees.
 I got to know his family, and I am sure he is an amazing husband and father, I observed him as a caring, fair, decent, responsible and patient employer in his working place; there is no doubt that his wife and son are very lucky to have him in theirs life.

Hope for your kindness and generosity to bring him back as soon as possible to his family. He is a decent person and an amazing guy.

Sincerely,

*[signature]*

Marina Bulat