**DEFENDANT'S EXHIBIT K**

Yuri Zhila

1708-15 Vicora Linkway

M3C1A9, Toronto ON Canada

October 15, 2020

Honorable Judge Crotty,

My name is Yuri Zhila, and I have known Mikhail since the time I moved to Toronto from another province in Canada. Mikhail was my first employer in Ontario after I had moved in. I know him as a totally positive person.

Moving, regardless of where to, is always a stressful situation. So I got employed and was pleasantly surprised to immediately be trusted, cared about and helped out. Mikhail did not hesitate to become guarantor on my home rent, assisted me with getting adjusted to the new city environment. He was always there for me when I would have a question or request. He would always enjoy being helpful by way of giving me a piece of advice or a hand.

As far as work was concerned, Mikhail would never fail to roll out a reliable, inspected and well-cared-for vehicle which is of primary importance to truck drivers. As an employer, he was a pleasure to work for, always being easy to deal with. He would never find himself being in arrears with my salary payments, and should I be in dire straits, he would never turn down a request to loan me some money or make an advance payment.

He would afford those working in his company his unequivocal trust, and that would always be much appreciated, while being of special value to those who are recent arrivals and hardly recognizable to others. I would be very happy to work for his company again.

I still can't grasp what has happened, and I am very sorry to see someone that is so positive, responsible and open hearted facing such an ironic fate.

He is a great, caring family man, and it is a pity that his son has lost the opportunity to be around his dad during a crucial period of one's growing-up, including having a role model.

I hope for merciful and just treatment for Mikhail. People like him do not belong in prison.

Respectfully,

Yuri Zhila