

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

January 25, 2022

**Via ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Mykhaylo Koretskyy*, S9 12 Cr. 439 (PAC)

Dear Judge Crotty:

      The Government respectfully writes pursuant to the Court's January 21, 2022 order to provide its position and the U.S. Probation Department's ("Probation") position on the defendant's request for the return of his passport. The defendant is currently serving his sentence and is scheduled to be released from prison on October 15, 2030, at which time the Government anticipates that he will be removed from the United States to Canada. Given that the case against him has concluded and the Government has no reason to be concerned about the defendant's flight, the Government has no objection to returning the defendant's passport, which is currently in the possession of the Federal Bureau of Investigation ("FBI"). Probation has informed the Government that it takes no position on this request. Absent contrary instructions from the Court, the Government will arrange for the FBI to return the defendant's passport to his attorney.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
      Stephanie Lake / Gillian Grossman
      Assistant United States Attorneys
      (212) 637-1066 / 2188

cc:    Jeffrey Chabrowe, Esq. (by ECF)